# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA PATRICIA MORENO VERGEL,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | Case No. 1:25-cv-01931-EPG-HC<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING CLERK OF COURT TO CLOSE CASE |

Petitioner, represented by counsel, is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The parties have consented to the jurisdiction of a United States magistrate judge. (ECF Nos. 10–12.)

On December 18, 2025, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On January 6, 2026, the Court converted the motion for TRO to a motion for preliminary injunction, granted a preliminary injunction, and ordered Respondents to immediately release Petitioner. (ECF No. 15.) On February 5, 2026, Petitioner filed a reply in support of the petition for writ of habeas corpus. (ECF No. 17.)

///

///

///

1

For the reasons set forth in the order granting preliminary injunction (ECF No. 15), the Court HEREBY ORDERS that:

1.  The petition for writ of habeas corpus is GRANTED; and

2.  The Clerk of Court is DIRECTED to CLOSE the case.

IT IS SO ORDERED.

Dated:    **March 2, 2026**                    /s/ _Erin P. Grosjean_

                                                    UNITED STATES MAGISTRATE JUDGE